## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NICOLE KENN,  )<br>  )<br>         Plaintiff,  )<br>v.  )<br>  )<br>EASCARE, LLC, MARK E. BREWSTER,  )<br>and JOSEPH HUGHES,  )<br>  )<br>         Defendants.  )<br>  ) | CASE NO.<br>NOTICE OF REMOVAL<br>[28 U.S.C. §§ 1441 and 1446] |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, the Defendants, Eascare, LLC ("Eascare"), Mark E. Brewster ("Brewster"), and Joseph Hughes ("Hughes") (collectively, the "Defendants"), by and through its undersigned counsel of record, respectfully submit this Notice of Removal of this action from the Trial Court of the Commonwealth of Massachusetts, Norfolk County Superior Court, docket number 1982CV01550, in which court the action was originally filed and is pending, to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, the Defendants state the following:

1. On or about December 5, 2019, this action was filed by the Plaintiff, Nicole Kenn, in the Trial Court of the Commonwealth of Massachusetts, Norfolk County Superior Court, which is pending as Docket Number 1982CV01550. The Defendants were served with the Complaint on December 16, 2019. A copy of the original Class Action Complaint (the "Complaint") is attached as **Exhibit A** and the civil action cover sheet is attached as **Exhibit B**.

1168476

Upon information and belief, all parties that could conceivably be considered proper defendants to the Plaintiffs' claims hereby consent to removal.

2. In her Complaint, the Plaintiff asserts two claims against the Defendant Eascare alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681b(b)(2)(A)(I) and 1681b(b)(2)(A)(II), in Counts III and IV. The Defendants deny any liability under any theory and cause of action cited in the Complaint. The Defendants have not yet answered or filed a Rule 12 motion for the Complaint.

3. The District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Pursuant to 28 U.S.C. § 1441(a), the Defendants are entitled to remove this action to this District Court.

4. Service of the Complaint was made on the Defendants on December 16, 2019. Therefore, this Notice of Removal is being timely filed within thirty (30) days after receipt of the Complaint, as required by 28 U.S.C. § 1446(b). The attached exhibits comprise all of the pleadings or orders that have been served upon or otherwise received by the Defendants. To the best knowledge of the Defendants, no other parties have been named as defendants in the Complaint and no further proceedings have been held as of the date of this removal.

5. A copy of this Notice of Removal will be filed with the clerk of the Trial Court of the Commonwealth of Massachusetts, Norfolk County Superior Court, and served upon the Plaintiff, as required by 28 U.S.C. § 1446(d).

1168476

WHEREFORE, the Defendants respectfully request that the above-captioned action now pending in the Trial Court of the Commonwealth of Massachusetts, Norfolk County Superior Court, be removed to this United States District Court for the District of Massachusetts.

>
> Respectfully submitted,
> The Defendants,
> Eascare, LLC, Mark E. Brewster, and
> Joseph Hughes,
> By their attorneys,
>
> By:   /s/ Sarah C. Spatafore
> Sarah C. Spatafore, BBO #685836
> sspatafore@mhtl.com
> Paul G. King, BBO # 698088
> pking@mhtl.com
> Murphy, Hesse, Toomey & Lehane, LLP
> 300 Crown Colony Drive, 4th floor
> Quincy, MA  02169
> Phone: (617) 479-5000
> Fax: (617) 479-6469
> Date: January 14, 2020

**CERTIFICATE OF SERVICE**

I, Sarah C. Spatafore, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper and email copies will be sent to those indicated as non-registered participants on January 14, 2020, and by paper copy via hand filing upon the Norfolk County Superior Court, 650 High Street, Dedham, MA 02026 and via overnight mail to counsel for the Plaintiff, Raven Moeslinger, Esq., Law Office of Nicholas F. Ortiz, P.C., 99 High Street, Suite 304, Boston, MA 02110.

>
> By:   /s/ Sarah C. Spatafore
> Sarah C. Spatafore, Esq.

1168476